IN THE SUPREME COURT OF THE STATE OF DELAWARE

| TURRAY D. JONES, | § | |
|---|---|---|
| | § | No. 150, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 0804022428 |
| Plaintiff Below- | § | |
| Appellee. | § | |
| | § | |

Submitted: August 25, 2016
Decided: August 31, 2016

**O R D E R**

This 31st day of August 2016, it appears to the Court that, on August 11, 2016, the Chief Deputy Clerk of the Court issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix on appeal. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice